In the Matter of AFTON C., a Child Alleged to be Neglected. DUTCHESS COUNTY DEPARTMENT OF SOCIAL SERVICES, Appellant; JAMES C. et al., Respondents. (And Four Other Proceedings.)

Submitted February 7, 2011; decided February 10, 2011

Motion by New York Civil Liberties Union for leave to appear amicus curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed. Two copies of the brief must be served and 24 copies filed within seven days.

In the Matter of CANDIDO BAEZ, Appellant, v NORMAN R. BEZIO, Director of Special Housing Unit, New York State Department of Correctional Services, Respondent.

Submitted November 15, 2010; decided February 10, 2011

Motion for leave to appeal dismissed upon the ground that the issues presented have become moot. Motion for poor person relief dismissed as academic. Motion for a stay dismissed as academic.